IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN J. WILLIAMS | : | Civil Action |
| | : | |
| vs. | : | |
| | : | No. 06-5053 |
| MICHAEL J. ASTRUE | : | |
| Commissioner of Social Security | : | |

**ORDER**

**AND NOW**, this 27th day of August, 2007, upon consideration of the parties' cross-motions for summary judgement and the record in this case, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa date July 31, 2007, the Court noting that no objections were filed, IT IS ORDERED as follows:

1. The Report and Recommendation og United States Magistrate Judge Linda K. Caracappa dated on July 31, 2007 is APPROVED and ADOPTED;

2. Plaintiff's Motion for Summary Judgement is DENIED; and

3. Defendant's Motion for Summary Judgement is GRANTED.

BY THE COURT:

/s/ Honorable Jan E. DuBois
**JAN E. DUBOIS, J.**